# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## JUDGMENT RENDERED SEPTEMBER 19, 2013

### NO. 03-11-00087-CR

**Thomas Dale DeLay, Appellant**

**v.**

**The State of Texas, Appellee**

---

**APPEAL FROM THE 331ST DISTRICT COURT OF TRAVIS COUNTY
BEFORE CHIEF JUSTICE JONES, JUSTICES GOODWIN AND GAULTNEY\***
**REVERSED AND RENDERED -- OPINION BY JUSTICE GOODWIN;
DISSENTING OPINION BY CHIEF JUSTICE JONES**

---

**THIS CAUSE** came on to be heard on the record of the court below, and the same being considered, it is the opinion of this Court that there was error in the trial court's judgments of conviction: **IT IS ORDERED, ADJUDGED** and **DECREED** by the Court that the trial court's judgments of conviction be reversed; and judgments are rendered that the defendant, Thomas Dale DeLay, is not guilty of the offenses of money laundering and conspiracy to commit money laundering, as charged in the indictment; and having been acquitted thereof, that he be discharged from all further liability for such offenses and charges herein tried; and it is further **ORDERED,** by the Court that this decision be certified below for observance.

\* Before David Gaultney, Justice, Ninth Court of Appeals, sitting by assignment. *See* Tex. Gov't Code § 74.003(a).